**Order entered December 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00995-CR

### CHARLES ROBERT KILLINGSWORTH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 29663**

## ORDER
Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate **INSTANTER**.


/s/     DAVID EVANS
JUSTICE